NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
  sferrell@trialnewport.com
Richard H. Hikida, Bar No. 196149
  rhikida@trialnewport.com
David W. Reid, Bar No. 267382
  dreid@trialnewport.com
Victoria C. Knowles, Bar No. 277231
  vknowles@trialnewport.com
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN ACUNA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MYOGENIX INCORPORATED; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No.: 3:13-cv-02673-JAH-WVG<br>Hon. John A. Houston<br><br>**JOINT MOTION AND STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Date Filed: November 6, 2013 |

# JOINT MOTION AND STIPULATION OF VOLUNTARY DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, EDWIN ACUNA, by and through his undersigned counsel, and Defendant MYOGENIX INCORPORATED ("Defendant"), by and through its undersigned counsel, do hereby jointly move, stipulate and agree to a voluntary dismissal with prejudice of all claims asserted against Defendant in the above-styled action. Each party agrees to bear their own attorneys' fees and costs.

Dated:  June 11, 2014                           By:   /s/ Scott J. Ferrell
                                                Scott J. Ferrell, Esq.
                                                NEWPORT TRIAL GROUP
                                                4100 Newport Place, Suite 800
                                                Newport Beach, CA 92660
                                                     sferrell@trialnewport.com

                                                *Attorneys for Plaintiff*

Dated:  June 11, 2014                           By:   /s/ Kelly A. Van Nort
                                                Kelly A. Van Nort, Esq.
                                                WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
                                                655 West Broadway - Suite 900
                                                San Diego, CA 92101-8484
                                                     kelly.vannort@wilsonelser.com

                                                *Attorneys for Defendant*

I, <u>Scott J. Ferrell</u>, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.

                                                By     /s/ <u>Scott J. Ferrell</u>

# CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014, I electronically filed the foregoing **JOINT MOTION AND STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                      */s/Scott J. Ferrell*
                      Scott J. Ferrell

1

CERTIFICATE OF SERVICE                             3:13-cv-02673-JAH-WVG