# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN ACUNA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>MYOGENIX INCORPORATED; and DOES 1-10, Inclusive,<br><br>   Defendants. | Case No.: 3:13-cv-02673-JAH-WVG<br>Hon. John A. Houston<br><br>**ORDER OF DISMISSAL**<br><br>Date Filed: November 6, 2013 |

The Court, having considered the Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties herein, finds that this action should be dismissed with prejudice.

Dated:   June 13, 2014

_____
John A. Houston
United States District Judge